DONALD G. WILLIAMS et al., Individually and as Parents and Natural Guardians of DAWN M. WILLIAMS, an Infant, Respondents, v THOMAS J. STIMLINGER, Respondent, and DAVID A. COLLINS et al., Appellants. [645 NYS2d 179] —Order unanimously affirmed without costs. Memorandum: In their complaint, plaintiffs affirmatively pleaded that "[t]he limitations on liability set forth in [section] 1601 of the Civil Practice Law and Rules do not apply to this action because the claims in this action fall within the exclusion set forth in [section] 1602 (6) of the Civil Practice Law and Rules." Defendants denied that allegation in their answer. It is therefore not necessary for defendants to plead this issue as an affirmative defense (*see,* Siegel, NY Prac § 223, at 326 [2d ed], citing *Green Bus Lines v Consolidated Mut. Ins. Co.,* 74 AD2d 136, *lv denied* 52 NY2d 701). In light of our determination, we do not consider the remaining contentions of the parties. (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Amend Answer.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

 In the Matter of WILLIAM F. BAKER, a Suspended Attorney. [646 NYS2d 472] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.

 In the Matter of W. ANDREW CLAWSON, an Attorney, Resignor. [646 NYS2d 472] —Resignation accepted and name stricken from roll of attorneys. Present—Denman, P. J., Green, Lawton, Fallon and Balio, JJ.